```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE LUIS MENDIETA and JAIME
MORALES JUAREZ,

                        Plaintiffs,

v.

56 FRESH MARKET CORP d/b/a
ANTILLANA MEAT MARKET, MICHAEL
FRIAS a/k/a Michael Rodriguez and
JOHANNA URENA A/K/A JOHANNA
FRIAS,

                        Defendants.

No. 22-CV-4979 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On July 8, 2022, Plaintiffs filed affidavits of service stating that Defendants 56 Fresh Market Corp., Michael Frias, and Johanna Urena were served on July 6, 2022. Defendants' answers were due on July 27, 2022. No Defendant has appeared, answered, or otherwise responded to the Complaint. Defendants shall do so or seek an extension by September 26, 2022. If Defendants fail to do so, and Plaintiffs intend to move for default judgment, they shall do so by October 10, 2022.

      Plaintiffs shall serve a copy of this Order on Defendants and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    August 30, 2022
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge