# Law Offices of Colin Mulholland

#### Employment and Civil Litigation

30-97 Steinway Street.
Suite 301-A
Astoria, NY 11103

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

January 6th, 2022

Honorable Ronnie Abrams
United States District Judge
500 Pearl Street
New York, NY 10007

Re: Mendieta, et al. v. 56 Fresh Market Corp., et al.  22-cv-4979 (RA)

Your Honor,

Plaintiff writes jointly with Defendants to request an extension of time to submit their Cheeks motion.

The parties have a draft agreement in circulation; however, the holidays made it more difficult for everyone to exchange edits.  Realistically, the parties would likely be able to execute and submit their agreement within the next three-four weeks after reviewing the terms and exchanging edits with clients and counsel.

If the Court would so permit, the parties would jointly request that the deadline to submit a Cheeks motion be extended until on or before February 7th, 2023.

This is the first request for an extension. And the parties thank the Court for its patience with this matter.

/s/Colin Mulholland, Esq.
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiff*

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
January 9, 2023