# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.   Telephone: (347) 687-2019
Suite 301-A   cmulhollandesq@gmail.com
Astoria, NY 11103

February 7th, 2022

Honorable Ronnie Abrams
United States District Judge
500 Pearl Street
New York, NY 10007

Re: Mendieta, et al. v. 56 Fresh Market Corp., et al.  22-cv-4979 (RA)

Your Honor,

Plaintiff writes jointly with Defendants to request an extension of time to submit their Cheeks motion.

The Defendants have since stated that Johanna Urena is not available or willing to sign the settlement agreement while Defendant Michael Rodriguez and the corporation are willing and able to execute.

I have to discuss the options with my clients about how they prefer to handle this situation. And, Mr. Newyear has to leave the country for two weeks.

If the Court would so permit, the parties would ask for one last extension of 30 days to deal with this issue regarding Defendant Urena.  The parties apologize for raising it as this point but the Defendant himself, not his attorney, waited to raise it at the execution stage.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiff*

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
2/8/2023