# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street.                                                        Telephone: (347) 687-2019
Suite 301-A                                                                  cmulhollandesq@gmail.com
Astoria, NY 11103

March 28th, 2023

Honorable Ronnie Abrams
United States District Judge
500 Pearl Street
New York, NY 10007

                Re: Mendieta, et al. v. 56 Fresh Market Corp., et al.  22-cv-4979 (RA)

Your Honor,

    I apologize for the delay.  One of the Defendants was having cold feet and logistical problems (they were out of the country) about signing the Agreement. Counsel and I worked together to resolve both the cold feet problem and the logistical problem.  So, I have signatures from the Defendants and I have it out to my clients to sign.  They should be returning their executed copies tomorrow if they can sign electronically, if not they will have to come into my office ASAP.

    With the Court's permission, the undersigned would submit the fairness motion on or before next Friday April 7th, 2023, if not earlier.

                                                                      */s/Colin Mulholland, Esq.*
                                                                      Colin Mulholland, Esq.
                                                                      30-97 Steinway, Ste. 301-A
                                                                      Astoria, New York 11103
                                                                      Telephone: (347) 687-2019
                                                                      *Attorney for Plaintiff*

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
3/29/2023